IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STEPHEN M. AVDEEF, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:21-cv-00451-P-BP |
| US DEPARTMENT OF JUSTICE, et al, | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's "Notice of Litigation Filing" (ECF No. 1) is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**SO ORDERED** on this **4th day** of **June, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE